1 CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
2 S. ADAM SPIEWAK (SBN 230872)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
3 2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
4 Telephone:   310-229-1000
Facsimile:    310-229-1001
5 cconway@akingump.com
gknopp@akingump.com
6 aspiewak@akingump.com

7 Attorneys for Defendant Ernst & Young LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20, <br><br>Plaintiff, <br><br>v. <br><br>ERNST & YOUNG, LLP, <br><br>Defendant. | Case No. C05 04867 HRL <br><br>**DECLARATION OF S. ADAM SPIEWAK IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S NOTICE OF REMOVAL OF ACTION** <br><br>**(SANTA CLARA SUPERIOR COURT CASE NO. 105CV049741)** |

5833757

DECLARATION OF S. ADAM SPIEWAK IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S NOTICE OF REMOVAL OF ACTION

I, S. Adam Spiewak, certify and declare as follows:

1. I am an attorney at law duly licensed to practice in the Northern District of California and an associate in the law firm of Akin Gump Strauss Hauer & Feld LLP, attorneys of record for Defendant Ernst & Young LLP ("Ernst & Young") in this action. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently under oath thereto. I submit this declaration in support of Defendant Ernst & Young LLP's Notice of Removal of Action.

2. On September 27, 2005, a putative class action was commenced and is currently pending against Ernst & Young LLP in the Superior Court of California, County of Santa Clara, as Case No. 105CV049741, entitled DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20, Plaintiff, vs. ERNST & YOUNG LLP, Defendant.

3. Attached hereto as **Exhibit A** is a true copy of the Summons, Civil Cover Sheet, Complaint, Civil Lawsuit Notice, and Santa Clara County Superior Court Alternative Dispute Resolution Information Sheet, as served on Ernst & Young by facsimile on October 31, 2005.

4. Attached hereto as **Exhibit B** is a true conformed copy of Ernst & Young LLP's Answer to Plaintiff's Unverified Complaint, filed in Santa Clara Superior Court on November 23, 2005.

5. There have been no further proceedings in case number 105CV049741, and no other pleadings have been filed and served upon Plaintiff or Ernst & Young in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28th day of November, 2005, in Los Angeles, California.

S. Adam Spiewak

5833757

DECLARATION OF S. ADAM SPIEWAK IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S NOTICE OF REMOVAL OF ACTION