CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
S. ADAM SPIEWAK (SBN 230872)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001
cconway@akingump.com
gknopp@akingump.com
aspiewak@akingump.com

Attorneys for Defendant Ernst & Young LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20

    Plaintiff,

v.

ERNST & YOUNG, LLP

    Defendant.

Case No. C05 04867 HRL

**DECLARATION OF DANIEL MARTIN IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S NOTICE OF REMOVAL OF ACTION**

**(SANTA CLARA SUPERIOR COURT CASE NO. 105CV049741)**

DECLARATION OF DANIEL MARTIN IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S
NOTICE OF REMOVAL OF ACTION

5782253

I, Daniel Martin, hereby declare as follows: I am over eighteen years of age and have personal knowledge of the facts set forth in this declaration and would testify competently to them under oath if called as a witness.

1. I am employed by Ernst & Young LLP ("Ernst & Young") in the position of Technology & Reporting Analyst on the Americas People Team.

2. Ernst & Young, using Oracle, maintains a Human Resources / Information System computer database called "Human Resources Information Management" or "HRIM." Ernst & Young uses the database to track and analyze personnel data. Among other information, the HRIM database includes the current and historical job titles of each Ernst & Young employee. These job titles include "Staff One," "Senior One," and "Senior Two." The database also includes current and historical Work Locations and salary and/or wage information for each Ernst & Young employee.

3. As part of my regular job duties, I process computer queries in order to extract information from the HRIM database.

4. During the period from September 30, 2001 to October 31, 2005, Ernst & Young employed approximately 2,587 different individuals in California at the level of "Staff One," "Senior One," and "Senior Two." I obtained this information by running a query in HRIM, requesting all current or former employees who held any of these titles during this time period and whose Work Location is identified as being in California.

5. The average annual salary of these individuals is approximately $55,800. I obtained this information by calculating the arithmetic mean of these individual's most recent salaries while employed at the level of "Staff One," "Senior One," or "Senior Two."

6. Of the 2,587 individuals described above, approximately 736 individuals worked full-time at the level of "Staff One," "Senior One," or "Senior Two" since September 30, 2002, and are currently not employed with Ernst & Young. I obtained this information by running a query in HRIM, requesting all former employees who

1

DECLARATION OF DANIEL MARTIN IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S
NOTICE OF REMOVAL OF ACTION

5782253

September 30, 2002, worked on a full-time basis, and whose Work Location is identified as being in California.

7.   At the time their employment ended, these former employees were earning an average annual salary of approximately $56,120. I obtained this information by calculating the arithmetic mean of the most recent salaries for each of these former employees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 28, 2005, at Raleigh, North Carolina.

_____
Daniel Martin

5782253