CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
S. ADAM SPIEWAK (SBN 230872)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001
cconway@akingump.com
gknopp@akingump.com
aspiewak@akingump.com

Attorneys for Defendant Ernst & Young LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>Defendant. | Case No. C05 04867 HRL<br><br>**DECLARATION OF RICHARD KAUL IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S NOTICE OF REMOVAL OF ACTION**<br><br>**(SANTA CLARA SUPERIOR COURT CASE NO. 105CV049741)** |

5782253

DECLARATION OF RICHARD KAUL IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S
NOTICE OF REMOVAL OF ACTION

I, Richard Kaul, certify and declare as follows: I am over eighteen years of age and have personal knowledge of the facts set forth in this declaration and would testify competently to them under oath if called as a witness.

1. I am currently employed as Ernst & Young LLP's ("Ernst & Young" or "the Firm") National Manager for Equal Employment Opportunity and Affirmative Action. In that position, I am familiar with and have personal knowledge of Ernst & Young's organization as a limited liability partnership, policy-making procedures, workforce distribution, and general business affairs.

2. Ernst & Young is a limited liability partnership organized under the laws of the State of Delaware and was so as of September 26, 2005.

3. Ernst & Young maintains its headquarters at 5 Times Square, New York, New York 10036. Ernst & Young's executive and administrative operations are centrally managed from this location.

4. The executive officers of Ernst & Young, including the chairman and chief executive officer, chief financial officer, vice chair of finance and administration, vice chair and general counsel, and vice chair of people (human resources) maintain their offices at Ernst & Young's headquarters in New York.

5. From its headquarters in New York, Ernst & Young makes and implements firm-wide operating, financial, employee relations, marketing, development, accounting, treasury, and legal policy decisions.

6. Meetings of Ernst & Young's Americas Executive Board regularly take place in New York.

7. Currently, Ernst & Young employs approximately 25,000 individuals in forty states and the District of Columbia. The Firm employs more than 4,600 individuals in New York. The Firm does not employ as many individuals in any other state. Specifically, the Firm employs fewer than 3,000 individuals in California.

5782253

DECLARATION OF RICHARD KAUL IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S
NOTICE OF REMOVAL OF ACTION

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States that the |
| 2 | foregoing is true and correct. |
| 3 | |
| 4 | Executed on this 28th day of November, 2005, in Lyndhurst, New Jersey. |

*Richard Kaul*

5782253

DECLARATION OF RICHARD KAUL IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S
NOTICE OF REMOVAL OF ACTION