CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
S. ADAM SPIEWAK (SBN 230872)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001
cconway@akingump.com
gknopp@akingump.com
aspiewak@akingump.com

Attorneys for Defendant Ernst & Young LLP

FILED
NOV 29 2005

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>Defendant. | Case No. C05 04867 HRL<br><br>**DEFENDANT ERNST & YOUNG LLP'S NOTICE OF FILING ANSWER**<br><br>**(SANTA CLARA SUPERIOR COURT CASE NO. 105CV049741)** |

DEFENDANT ERNST & YOUNG LLP'S NOTICE OF FILING ANSWER

5782253

| | |
|---|---|
| 1 | TO THE COURT AND ALL PARTIES HEREIN: |
| 2 | PLEASE TAKE NOTICE that on November 23, 2005, Defendant Ernst & Young |
| 3 | LLP filed its Answer to Plaintiff's Unverified Complaint in the California Superior |
| 4 | Court for the County of Santa Clara in the above-captioned case.  A true and correct |
| 5 | copy of this Answer is attached hereto as **Exhibit A**. |

Dated: November X, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

_____
S. Adam Spiewak
Attorneys for Defendant
ERNST & YOUNG LLP

1

DEFENDANT ERNST & YOUNG LLP'S NOTICE OF FILING ANSWER

5782253