CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
S. ADAM SPIEWAK (SBN 230872)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:     310-229-1000
Facsimile:      310-229-1001
cconway@akingump.com
gknopp@akingump.com
aspiewak@akingump.com

Attorneys for Defendant, ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>Defendant. | Case No. CV 05-04867 JF<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel, Department 3]<br><br>**STIPULATION TO CONTINUE RULE 26(f) CASE MANAGEMENT CONFERENCE** |

5889767

On March 17, 2006, Leon Greenberg, of Thierman Law Firm, for Plaintiff, and S. Adam Spiewak, Esq., of Akin Gump Strauss Hauer & Feld, for Defendant met and conferred with regard to the scheduling of the upcoming Case Management Conference.

**WHEREAS**, the parties have been advised that Court has a conflict on its calendar with respect to the April 7, 2006, Case Management Conference; and

**WHEREAS**, Plaintiff and Defendant have participated in preliminary meet and confer discussions with regard to the upcoming hearing and have agreed to continuing the date of the case management conference to a mutually convenient date,

**NOW, THEREFORE**, the parties hereby stipulate to continue the date of the case management conference from April 7, 2006 to May 5, 2006 at 10:30 a.m., if such date and time is agreeable to the Court.

Respectfully submitted,

Dated: March 24, 2006

AKIN GUMP STRAUSS HAUER & FELD LLP
CATHERINE A. CONWAY
GREGORY W. KNOPP
ADAM SPIEWAK

By _____
S. Adam Spiewak
Attorneys for Defendants,
Ernst & Young LLP

Dated: March 24, 2006

THIERMAN LAW FIRM
LEON GREENBERG

By _____
Leon Greenberg
Attorneys for Plaintiff, DAVID HO

---

5339767

1

STIPULATION TO CONTINUE RULE 26(f) CASE MANAGEMENT CONFERENCE
CV 05-04867 JF