1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  S. ADAM SPIEWAK (SBN 230872)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:     310-229-1000
   Facsimile:     310-229-1001
5  cconway@akingump.com
   gknopp@akingump.com                              **E-filed 3/30/06**
6  aspiewak@akingump.com

7  Attorneys for Defendant, ERNST & YOUNG LLP

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 | DAVID HO, on behalf of himself and others      | Case No. CV 05-04867 JF
   | similarly situated and on behalf of the
13 | general public and DOES 1-20                   | [Assigned for all purposes to the Honorable
                                                     Jeremy Fogel, Department 3]
14 |              Plaintiff,

15 |     v.
                                                    **[PROPOSED] ORDER GRANTING
16 | ERNST & YOUNG, LLP                             STIPULATION TO CONTINUE RULE
                                                    26(f) CASE MANAGEMENT
17 |              Defendant.                        CONFERENCE**

18

19

20

21

22

23

24

25

26

27

28
   5889782
   ─────────────────────────────────────────────────────────
   [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE RULE 26(f)
                   CASE MANAGEMENT CONFERENCE
                                                      CV 05-04867 JF

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: __March 30_____, 2006    By____[signature]_____ |
| 4 | The Honorable Jeremy Fogel<br>JUDGE, UNITED STATES DISTRICT COURT |

5889782

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE RULE 26(f)
CASE MANAGEMENT CONFERENCE

CV 05-04867 JF