MARK R. THIERMAN (SBN 72913)
LEON GREENBERG (SBN 226253)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Telephone:    775-284-1500
Facsimile:    775-703-5027
laborlawyer@pacbell.com

Attorneys for Plaintiff

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
S. ADAM SPIEWAK (SBN 230872)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001
cconway@akingump.com
gknopp@akingump.com
aspiewak@akingump.com

Attorneys for Defendant ERNST & YOUNG LLP

**E-filed 7/13/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>Defendant. | Case No. C 05-04867-HRL<br><br>**PARTIES' JOINT STIPULATION REQUESTING EXTENSION OF EARLY NEUTRAL EVALUATION DEADLINE AND PROPOSED ORDER** |

1

1   The parties to the above-entitled action jointly submit this Stipulation and
2   Proposed Order and request the Court to adopt it, as appropriately determined by the
3   Court, to modify its Case Management Order in this case.
4   WHEREAS the parties have been cooperating to schedule the deposition of
5   Plaintiff David Ho; and
6   WHEREAS the deposition is currently scheduled to take place on July 10, 2006;
7   and
8   WHEREAS the parties have been cooperating to schedule a private mediation
9   session before a mutually acceptable neutral; and
10  WHEREAS the availability of the selected neutral and the parties and their
11  counsel seems likely to interfere with completion of the early neutral evaluation before
12  the previously stipulated and ordered deadline of July 21, 2006:
13  THEREFORE the parties stipulate and agree that they will use best efforts to
14  schedule a private mediation to occur in August 2006; and
15  The parties concur in respectfully requesting that the Court extend the deadline to
16  participate in a mediation session to August 31, 2006.
17  Respectfully submitted,

Dated: June___, 2006        THIERMAN LAW FIRM

                            _____
                            Leon Greenberg
                            Attorneys for Plaintiff
                            DAVID HO

Dated: June 30, 2006        AKIN GUMP STRAUSS HAUER & FELD LLP

                            _____
                            Gregory W. Knopp
                            Attorneys for Defendant
                            ERNST & YOUNG LLP

2

5936469
PARTIES' JOINT STIPULATION REQUESTING EXTENSION OF EARLY NEUTRAL EVALUATION DEADLINE
AND PROPOSED ORDER

|  |  |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

Dated: 7/12/06          _____
                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

5936469

PARTIES' JOINT STIPULATION REQUESTING EXTENSION OF EARLY NEUTRAL EVALUATION DEADLINE AND PROPOSED ORDER