MARK R. THIERMAN (SBN 72913)
LEON GREENBERG (SBN 226253)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Telephone:   775-284-1500
Facsimile:    775-703-5027
laborlawyer@pacbell.com

Attorneys for Plaintiff

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
S. ADAM SPIEWAK (SBN 230872)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:    310-229-1001
cconway@akingump.com
gknopp@akingump.com
aspiewak@akingump.com

Attorneys for Defendant ERNST & YOUNG LLP

*E-filed 7/21/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ERNST & YOUNG, LLP<br><br>　　　　　　　Defendant. | Case No. C 05-04867-JF (HRL)<br><br>**PARTIES' JOINT STIPULATION REQUESTING SHORTENING TIME** |

[PROPOSED] ORDER    AS AMENDED BY THE COURT

Defendant will file (electronically) its Motion for Protective Order and supporting memorandum on or before July 28, 2006.  Plaintiff will file its Opposition brief on or before August 4, 2006.  Defendant will file its Reply brief on or before August 9, 2006.

After reading the papers, the court will either set a hearing date or take the matter under submission without oral argument.

SO ORDERED.

Dated: 7/21/06

_____
Hon. Howard R. Lloyd, United States Magistrate Judge

1  The parties to the above-entitled action jointly submit this Stipulation and
2  Proposed Order and request the Court to adopt it, as appropriately determined by the
3  Court. The parties respectfully request that the Court shorten time for the adjudication
4  of Defendant's forthcoming Motion for Protective Order, consistent with the schedule
5  proposed below.

6  WHEREAS the parties have met and conferred in good faith in order to agree
7  upon a Stipulated Protective Order, but have reached an impasse concerning the terms
8  governing access to and use of protected material; and

9  WHEREAS the absence of a protective order is impeding the discovery process,
10 including the deposition of Plaintiff; and

11 WHEREAS, consistent with the Court's Early Neutral Evaluation requirement,
12 the parties have agreed to engage in mediation, upon the completion of Plaintiff's
13 deposition;

14 THEREFORE the parties stipulate and agree that Defendant will file
15 (electronically) its Motion for Protective Order and supporting memorandum on or
16 before July 28, 2006; that Plaintiff will file its Opposition brief on or before August 4;
17 that Defendant will file its Reply brief on or before August 9; and that, with the Court's
18 permission, oral argument on the matter is waived.

19 Respectfully submitted,

Dated: July 14, 2006                    THIERMAN LAW FIRM

                                        Leon Greenberg
                                        _____
                                        Leon Greenberg
                                        Attorneys for Plaintiff
                                        DAVID HO

Dated: July 14, 2006                    AKIN GUMP STRAUSS HAUER & FELD LLP

                                        _____
                                        S. Adam Spiewak
                                        Attorneys for Defendant
                                        ERNST & YOUNG, LLP