1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  S. ADAM SPIEWAK (SBN 230872)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:    310-229-1000
   Facsimile:    310-229-1001
5  cconway@akingump.com
   gknopp@akingump.com
6  aspiewak@akingump.com

7  Attorneys for Defendant, ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>Defendant. | Case No. CV 05-04867 JF<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel, Department 3]<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

CV 05-04867 JF

1. Plaintiff David Ho and Defendant Ernst & Young LLP, by and through their respective counsel,
2. hereby agree and stipulate as follows:
3.     **WHEREAS**, the parties' case management conference is currently set for hearing on Friday,
4. October 13, 2006, at 10:30 a.m.;
5.     **WHEREAS**, the parties have agreed to participate in a mediation scheduled on November 1,
6. 2006, before Retired Judge William Cahill;
7.     **WHEREAS**, both parties intend to make a good faith effort to settle this matter;
8.     **NOW, THEREFORE**, the parties respectfully request that the case management conference
9. currently scheduled for October 13, 2006, be continued to Friday, November 17, 2006 at 10:30 a.m., or
10. such other date and time as is convenient for the Court.
11.     Respectfully submitted,
12. Dated: October 5, 2006

**AKIN GUMP STRAUSS HAUER & FELD LLP**
CATHERINE A. CONWAY
GREGORY W. KNOPF
ADAM SPIEWAK

By _____
S. Adam Spiewak
Attorneys for Defendant,
ERNST & YOUNG LLP

18. Dated: October 5, 2006

**THIERMAN LAW FIRM**
LEON GREENBERG

By _____
Leon Greenberg
Attorneys for Plaintiff, DAVID HO

---

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CV 05-04867 JF

**E-filed 10/11/06**

1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  S. ADAM SPIEWAK (SBN 230872)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:    310-229-1000
   Facsimile:    310-229-1001
5  cconway@akingump.com
   gknopp@akingump.com
6  aspiewak@akingump.com

7  Attorneys for Defendant, ERNST & YOUNG LLP

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION
11

12 | DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20 | Case No. CV 05-04867 JF
13 | | [Assigned for all purposes to the Honorable Jeremy Fogel, Department 3]
14 |          Plaintiff, |
15 |    v. |
16 | ERNST & YOUNG, LLP | [~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
17 |          Defendant. |

1  PURSUANT TO STIPULATION, the case management conference scheduled for October 13, 2006, will be continued to November 17 at 10:30 a.m.

2

3  SO ORDERED.

   Dated:  ___October 11___, 2006    By: _/s/ Jeremy Fogel_____
4                                              The Honorable Jeremy Fogel
                                               JUDGE, UNITED STATES DISTRICT COURT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

CV 05-04867 JF