*E-filed 4/3/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, et al. | Case No. C05-04867 JF (HRL) |
| Plaintiff, | **ORDER DENYING SHORTENED TIME ON PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| ERNST & YOUNG, LLP, | Re: Docket No. 41 |
| Defendant. | |

Good cause not appearing, the parties' joint stipulation requesting shortening of time with respect to plaintiff's motion to compel is DENIED.

**IT IS SO ORDERED.**

Dated: 4/3/07
　　　　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Catherine A. Conway cconway@akingump.com

Leon Greenberg wagelaw@aol.com

Gregory William Knopp gknopp@akingump.com, dkucko@akingump.com

Seth Adam Spiewak aspiewak@akingump.com, thowe@akingump.com

Mark R. Thierman laborlawyer@pacbell.net

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:   4/3/07                              /s/  JMM
                                             Chambers of Magistrate Judge Howard R. Lloyd