*E-filed 4/25/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, et al. | Case No. C05-04867 JF (HRL) |
| Plaintiff, | **ORDER DENYING PERMISSION TO APPEAR TELEPHONICALLY; CHANGING HEARING DATE** |
| v. | |
| ERNST & YOUNG, LLP, | Re: Docket No. 49 |
| Defendant. | |

Plaintiff's counsel's request to appear by telephone at the hearing on plaintiff's first Motion to Compel is DENIED.

The hearing on the first Motion to Compel, currently set for May 1, 2007, is moved to May 8, 2007, to coincide with the hearing on plaintiff's second Motion to Compel.

**IT IS SO ORDERED.**

Dated: 4/25/07

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Catherine A. Conway cconway@akingump.com, thowe@akingump.com

Leon Greenberg wagelaw@aol.com

Gregory William Knopp gknopp@akingump.com, dkucko@akingump.com

Seth Adam Spiewak aspiewak@akingump.com, thowe@akingump.com

Mark R. Thierman laborlawyer@pacbell.net, kellyann@callatg.com; thier3@callatg.com; thier4@callatg.com; thier6@callatg.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:   4/25/07                              /s/  JMM
                                              Chambers of Magistrate Judge Howard R. Lloyd

2