*E-filed 4/30/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, et al. | Case No. C05-04867 JF (HRL) |
| Plaintiff, | **INTERIM ORDER** |
| v. | Re: Docket No. 43 |
| ERNST & YOUNG, LLP, | |
| Defendant. | |

The parties' recent submissions indicate that they have reached certain agreements concerning Plaintiff's Second Motion to Compel Production of Documents, to be heard on May 8, 2007. The parties are instructed to file a joint report by Thursday, May 3, 2007, explaining in detail any issues that remain for the court to decide.

**IT IS SO ORDERED.**

Dated: 4/30/07

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Catherine A. Conway cconway@akingump.com, thowe@akingump.com

Leon Greenberg wagelaw@aol.com

Gregory William Knopp gknopp@akingump.com, dkucko@akingump.com

Seth Adam Spiewak aspiewak@akingump.com, thowe@akingump.com

Mark R. Thierman laborlawyer@pacbell.net, kellyann@callatg.com; thier3@callatg.com; thier4@callatg.com; thier6@callatg.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 4/30/07              /s/ JMM
                            Chambers of Magistrate Judge Howard R. Lloyd

2