*E-filed 5/21/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, et al. | Case No. C05-04867 JF (HRL) |
| Plaintiff, | **ORDER DENYING PERMISSION TO APPEAR TELEPHONICALLY** |
| v. | Re: Docket No. 43 |
| ERNST & YOUNG, LLP, | |
| Defendant. | |

Plaintiff's counsel's request to appear by telephone at the hearing on plaintiff's third Motion to Compel is DENIED.

The hearing on this Motion to Compel is set for May 29, 2007, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 5/21/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Catherine A. Conway cconway@akingump.com, thowe@akingump.com

Leon Greenberg wagelaw@aol.com

Gregory William Knopp gknopp@akingump.com, dkucko@akingump.com

Seth Adam Spiewak aspiewak@akingump.com, thowe@akingump.com

Mark R. Thierman laborlawyer@pacbell.net, kellyann@callatg.com; thier3@callatg.com; thier4@callatg.com; thier6@callatg.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:  5/21/07                         /s/  KRO
                                        Chambers of Magistrate Judge Howard R. Lloyd

2