1

2                                                                      *E-filed 7/26/07*

3

4

5

6                                              NOT FOR CITATION

7                              IN THE UNITED STATES DISTRICT COURT

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                            SAN JOSE DIVISION

10

11   DAVID HO, et al.                                    Case No. C05-04867 JF (HRL)

12              Plaintiff,                                **ORDER DENYING PERMISSION
                                                         TO APPEAR TELEPHONICALLY**
13      v.
                                                         Re: Docket No. 88
14
     ERNST & YOUNG, LLP,
15

16              Defendant.

17   _____/

18          Plaintiff's counsel's request to appear by telephone at the hearing on plaintiff's fourth

19   Motion to Compel is DENIED.

20          The hearing on this Motion to Compel is set for August 7, 2007 at 10:00 a.m.

21

22          **IT IS SO ORDERED.**

23

24   Dated: 7/26/07

25                                                       HOWARD R. LLOYD
                                                         UNITED STATES MAGISTRATE JUDGE
26

27

28

**United States District Court**
For the Northern District of California

1

2

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

3

4

Catherine A. Conway cconway@akingump.com, thowe@akingump.com

Stephanie S Der sder@akingump.com, thowe@akingump.com

5

6

Leon Greenberg wagelaw@aol.com

7

Gregory William Knopp gknopp@akingump.com, dkucko@akingump.com

8

9

Mark R. Thierman laborlawyer@pacbell.net, kellyann@callatg.com, thier3@callatg.com, thier4@callatg.com, thier6@callatg.com

10

11

12

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

13

14

15

Dated:   7/26/07                    /s/  KRO_____
                                        Chambers of Magistrate Judge Howard R. Lloyd

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California