**E-filed 12/14/07**

1

2  MARK R. THIERMAN, (State Bar No. 72913)
   LEON GREENBERG, (State Bar No. 226253)
3  **THIERMAN LAW FIRM**
   7287 Lakeside Drive, Suite 101
   Reno, NV 89511
4  Telephone: (775) 284-1500
   Facsimile: (775) 703-5027
5
   H. TIM HOFFMAN, (State Bar No. 49141)
6  ARTHUR W. LAZEAR, (State Bar No. 83603)
   MORGAN M. MACK, (State Bar No. 212659)
7  ROSS L. LIBENSON, (State Bar No. 181912)
   **HOFFMAN & LAZEAR**
8  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
   Telephone: (510) 763-5700
9  Facsimile:  (510) 835-1311

10  MAX FOLKENFLIK
    **FOLKENFLIK & MCGERITY**
11  1500 Broadway, 21st Floor
    New York, NY 10036
12  Telephone:  (212)757-0400
    Facsimile:  (212)757-2010

13
    *Attorneys for Plaintiffs*
14
    CATHERINE A. CONWAY (SBN 98366)
15  GREGORY W. KNOPP (SBN237615)
    STEPHANIE S. DER (SBN240576)
16  **AKIN GUMP STRAUSS HAUER & FELD LLP**
    2029 Century Park East, Suite 2400
17  Los Angeles, CA 90067-3012
    Telephone: 310-229-1000
18  Facsimile: 310-229-1001

    *Attorneys for Defendant*
19

20              UNITED STATES DISTRICT COURT
21        FOR THE NORTHERN DISTRICT OF CALIFORNIA
22

23  DAVID HO, on behalf of himself and      )    Case No. C 05 04867 (JF)
    all  others similarly situated and on   )
24  behalf of  the general public and       )

25

26  Stipulation and [Proposed] Order Continuing Deadline for Motion for Certification of Class Action,
    Case No. C 05 04867 (JF)
27

28

| | | |
|---|---|---|
| DOES #1-20 | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR MOTION FOR CERTIFICATION OF CLASS ACTION** |
| Plaintiff, | ) | |
| v. | ) | |
| ERNST & YOUNG, LLP | ) | Hon. Jeremy Fogel |
| Defendants. | ) | |

WHEREAS the Court has set February 2, 2008 as the date for a hearing on Plaintiffs' proposed motion for class certification in the above-captioned action, and has set December 27, 2007 as the date for the cut-off of class certification discovery; and

WHEREAS current lead counsel for Plaintiffs associated into this case in September 2007; and

WHEREAS Plaintiffs' counsel immediately began familiarizing themselves with the case and started conducting discovery in October 2007; and

WHEREAS that discovery includes numerous depositions of Defendant under Rule 30(b)(6) of the Federal Rules of Civil Procedure that have required the scheduling of various officials and employees of Defendant; and

WHEREAS the scheduling of those depositions has been made especially difficult by the fact that they must occur during the holiday season; and

WHEREAS this scheduling has made it virtually impossible for Plaintiffs to conclude class certification discovery and prepare and file a motion for class certification within the current deadlines; and

Stipulation and [Proposed] Order Continuing Deadline for Motion for Certification of Class Action,                                         — 2 —
Case No. C 05 04867 (JF)

1        WHEREAS the parties believe an extension is in their mutual interest

2   because this Court's decision on Defendant's pending motion for

3   summary judgment could impact Plaintiffs' class certification motion,

4        IT IS HEREBY STIPULATED by and between the parties hereto through

5   their respective undersigned counsel that:

6   1.      The hearing on Plaintiffs' proposed motion for certification of

7           the above-captioned action as a class action shall be continued

8           from February 2, 2008 until April 4, 2008; and

9   2.      The date for conclusion of class-certification discovery, and the

10          filing of the motion for class certification shall be continued

11          from December 27, 2007 until February 27, 2008.

12  3.      Plaintiffs have requested this extension of class certification

13          discovery for the purpose of completing previously noticed

14          depositions, and to engage in "follow-on" discovery suggested

15          by earlier discovery and ongoing depositions.

16

17  4.      In the event of a dispute between the parties concerning any

18          discovery requested after December 27, 2007, in ruling upon

19          such a dispute, the Court shall give such weight to the timing

20          of the request as the Court deems fit.

21

22  Dated:   _December 13_, 2007

23                                              ARTHUR W. LAZEAR
                                                Attorney for Plaintiffs
24

25

26  Stipulation and [Proposed] Order Continuing Deadline for Motion for Certification of Class
    Action,                                    — 3 —
    Case No. C 05 04867 (JF)
27

28

1

2

3   Dated:   _December 13_, 2007

4                                          GREGORY W. KNORP (SBN 237615)
                                           AKIN GUMP STRAUSS HAUER &
5                                          FELD LLP
                                           Attorney for Defendant
6

7

8                                    **ORDER**

9   IT IS SO ORDERED.

10

11  Dated:   _____12/14_____, 2007

12

13                                         United States District Judge
                                           Jeremy Fogel
14

15

16

17

18

19

20

21

22

23

24

25

26  Stipulation and [Proposed] Order Continuing Deadline for Motion for Certification of Class
    Action,                                  – 4 –
27  Case No. C 05 04867 (JF)

28