MARK R. THIERMAN (SBN 72913)
LEON GREENBERG (SBN 226253)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Telephone: 775-284-1500
Facsimile: 775-703-5027

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
STEPHANIE S. DER (SBN 240576)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001
cconway@akingump.com
gknopp@akingump.com
sder@akingump.com

Attorneys for Defendant ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and others similarly situated and on behalf of the general public and DOES 1-20<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP<br><br>Defendant. | Case No. C 05-04867-JF (HRL)<br><br>Assigned to the Honorable Jeremy Fogel for All Purposes<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR MOTION FOR CERTIFICATION OF CLASS ACTION** |

**Additional Counsel**

H. TIM HOFFMAN (SBN 49131)
ARTHUR W. LAZEAR (SBN 83603)
MORGAN M. MACK (SBN 212659)
ROSS L. LIBENSON (SBN 181912)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: 510-763-5700
Facsimile: 510-835-1311

MAX FOLKENFLIK
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: 212-757-0400
Facsimile: 212-757-2010

Attorneys for Plaintiff

| | |
|---|---|
| 1 | WHEREAS the Court has set April 4, 2008 as the date for a hearing on Plaintiff's |
| 2 | proposed Motion for Class Certification in the above-captioned action, and has set |
| 3 | February 27, 2008 as the date for the cut-off of class certification discovery; |
| 4 | WHEREAS, class certification discovery has included numerous depositions of |
| 5 | Defendant under Rule 30(b)(6) of the Federal Rules of Civil Procedure that have |
| 6 | required the scheduling of various officials and employees of Defendant; |
| 7 | WHEREAS, Defendant has recently identified and agreed to produce additional |
| 8 | witnesses under Rule 30(b)(6); |
| 9 | WHEREAS, counsel for Defendant is preparing for a class action trial that will |
| 10 | begin on February 15, 2008 and last several weeks and is therefore unavailable to |
| 11 | defend these depositions before February 27, 2008; and |
| 12 | WHEREAS, the parties believe an extension is in their mutual interest because |
| 13 | this Court's decision on Defendant's pending Motion for Summary Judgment could |
| 14 | impact Plaintiff's class certification motion; |
| 15 | // |
| 16 | // |
| 17 | // |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties hereto through their |
| 2 | respective counsel that: |

1. The hearing on Plaintiff's proposed motion for certification of the above-captioned action as a class action shall be continued from April 4, 2008 until June 6, 2008; and
2. The date for conclusion of class certification discovery and the filing of the Motion for Class Certification shall be continued from February 27, 2008 until April 28, 2008

Respectfully submitted,

Dated: February 8, 2008

HOFFMAN & LAZEAR

_____
Arthur W. Lazear
Attorneys for Plaintiffs

Dated: February 8, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

_____
Gregory W. Knopp
Attorneys for Defendant
ERNST & YOUNG, LLP

IT IS SO ORDERED.

Dated: 2/12/08

_____
Hon. Jeremy Fogel, United States District Judge