** E-Filed 03/04/2008 **

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, on behalf of himself and all others similarly situated and on behalf of the general public and DOES #1-20,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG LLP,<br><br>Defendant. | Case Number C 05-04867 JF<br><br>JUDGMENT |

Defendant's motion for summary judgment having been granted, IT IS HEREBY ORDERED that judgment be entered in favor of Defendant Ernst & Young LLP. The Clerk shall close the file.

DATED: March 4, 2008

_____
JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

| | |
|---|---|
| Mark R. Thierman | laborlawyer@pacbell.net |
| Leon Greenberg | wagelaw@aol.com |
| Catherine A. Conway | cconway@akingump.com |
| Gregory William Knopp | gknopp@akingump.com |
| Stephanie S. Der | sder@akingump.com |