\*\* E-Filed 03/05/2008 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and all others similarly situated and on behalf of the general public and DOES #1-20,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG LLP,<br><br>Defendant. | Case Number C 05-04867 JF<br><br>ORDER VACATING JUDGMENT |

It has come to the attention of the Court that the order granting summary judgment as to the claims of Plaintiff David Ho does not dispose of the entire action because there are other named Plaintiffs in the instant action. Accordingly, the Court's Judgment entered March 4, 2008 is hereby vacated. Defendant is directed to file dispositive motions as to the remaining named Plaintiffs forthwith. The Clerk is hereby directed to re-open the file.

DATED: March 5, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C05-04867
JUDGMENT
(JFLC3)

1  This Order has been served upon the following persons:
2  Mark R. Thierman           laborlawyer@pacbell.net
3  Leon Greenberg             wagelaw@aol.com
4  Catherine A. Conway        cconway@akingump.com
5  Gregory William Knopp      gknopp@akingump.com
6  Stephanie S. Der           sder@akingump.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 05-04867 JF
 JUDGMENT
(JFLC3)