MARK R. THIERMAN (SBN 72913)
**THIERMAN LAW FIRM**
LEON GREENBERG (SBN 226253)
633 South 4th Street #9
Las Vegas, NV 89101
Telephone:    702-383-6085
Facsimile:    702-385-1827
wagelaw@hotmail.com

Attorneys for Plaintiff

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
STEPHANIE S. DER (SBN 240576)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:      310-229-1000
Facsimile:      310-229-1001
cconway@akingump.com
gknopp@akingump.com
sder@akingump.com

Attorneys for Defendant ERNST & YOUNG LLP

\*\*E-filed 4/1/08\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>Defendant. | Case No. C 05-04867-JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF JOHN MAXTON** |

1

Case 4:05-cv-04867-JSW   Document 138   Filed 04/01/08   Page 2 of 2

03-27-2008  10:10   From-                                                         T-513  P.004/004  F-991

1  It is hereby stipulated and agreed that the plaintiff, John Maxton, is dismissed
2  from this case without prejudice and without costs, each party to bear their own
3  attorneys' fees.
4       Respectfully submitted,

5

6  Dated: March 20, 2008          THIERMAN LAW FIRM
                                  Leon Greenberg

7

8                                 _____
                                  Leon Greenberg
9                                 Attorneys for Plaintiffs

10 Dated: March 20, 2008          AKIN GUMP STRAUSS HAUER & FELD LLP

11

12                                _____
                                  Gregory W. Knopp
13                                Attorneys for Defendant
                                  ERNST & YOUNG, LLP

14

15

16

17 **IT IS SO ORDERED:**   4/1/08

18

19 _____
20 Hon. Jeremy Fogel
   United States District Judge
21

22

23

24

25

26

27

28

2