# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and all others similarly situated and on behalf of the general public and DOES #1-20<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>Defendants. | Case No. C 05 04867-JF (HRL)<br><br>[~~PROPOSED~~] ORDER DISMISSING PLAINTIFFS NATHAN LAY AND JOHN MAXTON |

This matter having come before the Court on the stipulations of the parties dated March 20, 2008 and March 4, 2008, it is hereby

ORDERED that plaintiffs Nathan Lay and John Maxton are dismissed from this case without prejudice with each party to bear their own costs and attorneys fees; and it is further

ORDERED that the caption of this action shall be amended accordingly

IT IS SO ORDERED

Dated:___ 4/3/08 _____

_____
Honorable Jeremy Fogel
United States District Judge