MARK R. THIERMAN, (State Bar No. 72913)
LEON GREENBERG, (State Bar No. 226253)
**THIERMAN LAW FIRM**
7287 Lakeside Drive, Suite 101
Reno, NV 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

H. TIM HOFFMAN, (State Bar No. 49141)
ARTHUR W. LAZEAR, (State Bar No. 83603)
MORGAN M. MACK, (State Bar No. 212659)
ROSS L. LIBENSON, (State Bar No. 181912)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

MAX FOLKENFLIK
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212)757-0400
Facsimile: (212)757-2010

*Attorneys for Plaintiffs*

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN237615)
STEPHANIE S. DER (SBN240576)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HO, on behalf of himself and all others similarly situated and on behalf of the general public and DOES #1-20<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>Defendants. | Case No. C 05 04867 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES ON MOTION FOR SUMMARY JUDGMENT AS TO SARAH FERNANDEZ**<br><br>Hon. Jeremy Fogel |

Stipulation and [Proposed] Order Continuing Dates for Motion for Summary Judgment as to Sarah Fernandez Case No. C 05 04867 (JF)

WHEREAS Defendant in the above-captioned action has filed a motion for summary judgment against Plaintiff Sarah Fernandez, which is presently scheduled for hearing on May 16, 2008; and

WHEREAS Plaintiff's counsel is in the process of pursuing discovery necessary for Plaintiff's response to that motion; and

WHEREAS Plaintiff's counsel will, due to their observance of the Jewish holiday of Passover, be unavailable for part of the time period during which it will be necessary to prepare an opposition to the motion for summary judgment; and

WHEREAS Plaintiff's counsel will further be unavailable during other portions of that period because of conflicts with other litigation that is scheduled for trial; and

WHEREAS the parties believe that an extension of time is warranted in order to permit Plaintiff to complete discovery and to have adequate time to prepare an opposition to the motion,

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that:

1. The hearing on Defendant's Motion for Summary Judgment as to Sarah Fernandez shall be continued from May 16, 2008 until May 30, 2008; and

2. The deadline for the filing of Plaintiffs' opposition to the motion for summary judgment shall be May 16, 2008, and the deadline for the filing of Defendant's reply to the opposition shall be May 23, 2008.

Dated: April 9, 2008

ARTHUR W. LAZEAR
Attorney for Plaintiffs

///

///

Stipulation and [Proposed] Order Continuing Dates for Motion for Summary Judgment as to Sarah Fernandez Case No. C 05 04867 (JF)

|   |   |
|---|---|
| Dated: April 8, 2008 | _____<br>GREGORY W. KNOPP (SBN237615)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated: 4/10, 2008

_____
United States District Judge
Jeremy Fogel

Stipulation and [Proposed] Order Continuing Dates for Motion for Summary Judgment as to Sarah Fernandez Case No. C 05 04867 (JF)

- 3 -