MARK R. THIERMAN, (State Bar No. 72913)
LEON GREENBERG, (State Bar No. 226253)
**THIERMAN LAW FIRM**
7287 Lakeside Drive, Suite 101
Reno, NV 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

H. TIM HOFFMAN, (State Bar No. 49141)
ARTHUR W. LAZEAR, (State Bar No. 83603)
MORGAN M. MACK, (State Bar No. 212659)
ROSS L. LIBENSON, (State Bar No. 181912)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

MAX FOLKENFLIK
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212)757-0400
Facsimile: (212)757-2010

*Attorneys for Plaintiffs*

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN237615)
STEPHANIE S. DER (SBN240576)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HO, on behalf of himself and all others similarly situated and on behalf of the general public and DOES #1-20<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG, LLP<br><br>Defendants. | Case No. C 05 04867 (JF)<br><br>STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL OPPOSITION AND SUPPORTING PAPERS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO SARAH FERNANDEZ |

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL OPPOSITION AND SUPPORTING PAPERS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO SARAH FERNANDEZ, Case No. C 05 04867 (JF)

WHEREAS on September 13, 2006, this Court amended and signed a Stipulation Governing the Protection of the Parties Confidential Information;

WHEREAS Defendant has filed Ernst & Young's Motion For Summary Judgment As To Sarah Fernandez;

WHEREAS on May 16, 2008, Plaintiff Sarah Fernandez timely filed an opposition and supporting papers in opposition to Ernst & Young's Motion For Summary Judgment As To Sarah Fernandez at docket numbers 143 through 150 ("Fernandez Opposition,"); and

WHEREAS after the close of business on Friday, May 16, 2008, Defendant's counsel requested that the Fernandez Opposition be sealed because the opposition papers contain the names of some of Defendant's clients.

WHEREAS, Plaintiff Fernandez has no opposition to the Fernandez Opposition being sealed, and in deference to Defendant's attorneys' request to seal, Plaintiff Fernandez's attorneys caused on Monday, May 19, 2008, for the ECF Help Desk to "lock and to be re-filed" the Fernandez Opposition, so it could be re-filed under seal.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that:

1. The Fernandez Opposition may be re-filed under seal, *nunc pro tunc*, May 16, 2008, and shall be deemed to have been timely filed.

Respectfully submitted,

Dated: May 23, 2008

Ross L. Libenson
Attorney for Plaintiffs

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL OPPOSITION AND SUPPORTING PAPERS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO SARAH FERNANDEZ, Case No. C 05 04867 (JF)

1
2  Dated: __May 22__, 2008
3
4
   _____
   GREGORY W. KNOPP
   AKIN GUMP STRAUSS HAUER &
   FELD LLP
   Attorney for Defendant

5
6
7                                    **ORDER**
8  IT IS SO ORDERED.
9
10 Dated: __5/23__, 2008
   
   _____
   United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL OPPOSITION AND SUPPORTING PAPERS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO SARAH FERNANDEZ, Case No. C 05 04867 (JF)

- 3 -