CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
ANASTASIA M. BOLES (SBN 224980)
STEPHANIE S. DER (SBN 240576)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:    310-229-1001
cconway@akingump.com
gknopp@akingump.com
aboles@akingump.com
sder@akingump.com

Attorneys for Defendant, ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and others similarly situated and on behalf of the general public and DOES 1-20,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP,<br><br>Defendant. | Case No. C 05-04867-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>[~~PROPOSED~~] ORDER RE DEFENDANT ERNST & YOUNG LLP'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5<br><br>Complaint Filed: September 27, 2005<br><br>Dept. 3 |

1  On May 23, 2008, Defendant Ernst & Young LLP filed with the Court an
2  Administrative Motion to Seal Pursuant to Local Rule 79-5. The motion was submitted
3  for immediate determination pursuant to Local Rule 7-11(c) on May 27, 2008. After
4  considering Defendant's papers, THIS COURT HEREBY ORDERS:
5  Exhibit A to the Declaration of Catherine A. Conway in Support of Ernst &
6  Young's Reply Memorandum of Points and Authorities in Support of Motion for
7  Summary Judgment as to Sarah Fernandez and Defendant Ernst & Young's Reply
8  Motion for Summary Judgment as to Sarah Fernandez shall be filed under seal pursuant
9  to the parties' Stipulation Governing the Protection of the Parties' Confidential
10 Information.

Dated  May 28         , 2008    By  _____
                                    Hon. Jeremy Fogel
                                    Judge of the United States District Court

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On May 23, 2008, I served the foregoing document(s) described as: **[PROPOSED] ORDER RE DEFENDANT ERNST & YOUNG LLP'S MOTION FOR SUMMARY JUDGMENT AS TO SARAH FERNANDEZ** on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 23, 2008 at Los Angeles, California.

Tracy Howe
[Print Name of Person Executing Proof]

/s/ *Tracy Howe* /
[Signature]

---

**DEFENDANT ERNST & YOUNG LLP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF SARAH FERNANDEZ**