CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
ANASTASIA M. BOLES (SBN 224980)
CHRISTOPHER BLANCHARD (SBN 250729)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:       310-229-1000
Facsimile:       310-229-1001
cconway@akingump.com
gknopp@akingump.com
aboles@akingump.com
cblanchard@akingump.com

Attorneys for DEFENDANTS ERNST & YOUNG LLP
AND ERNST & YOUNG U.S. LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and others similarly situated and on behalf of the general public and DOES 1-20,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP,<br><br>Defendant. | Case No. CV 05-04867-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>**[PROPOSED] ORDER RELATING CASES AND ASSIGNING *RICHARDS* ACTION TO JUDGE FOGEL**<br><br>Complaint Filed: September 27, 2005 |
| -------------------------------------------- | -------------------------------------------- |
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 08-02853-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>Complaint Filed: February 21, 2008 |

| | |
|---|---|
| -------------------------------------------------- <br><br>MICHELLE RICHARDS, on behalf of herself and all others similarly situated and on behalf of the general public, <br><br>     Plaintiffs, <br><br>  v. <br><br>ERNST & YOUNG LLP, and DOES 1 - 50, <br><br>Defendants. | Case No. 08-cv-04988-SI <br><br>[Assigned for all purposes to the Honorable Susan Illston] <br><br>Complaint Filed: June 19, 2008 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6307521

[Proposed] Order Relating Cases And Assigning to Judge Fogel - 08-cv-04988-SI

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties have stipulated to deem *Richards v. Ernst & Young LLP*, Case No. CV 08-04988 ("*Richards*") related to earlier filed cases *Ho v. Ernst & Young LLP*, Case No. CV 05-04867, and *Landon v. Ernst & Young LLP and Ernst & Young U.S. LLP*, Case No. CV 08-02853, and to reassign the *Richards* case to Judge Fogel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/17, 2008    By _____
The Honorable Jeremy Fogel
JUDGE, UNITED STATES DISTRICT COURT

---

6307521                                    1

[Proposed] Order Relating Cases And Assigning to Judge Fogel - 08-cv-04988-SI