H. TIM HOFFMAN (SBN 049141)
ARTHUR W. LAZEAR (SBN 083603)
ROSS L. LIBENSON, ESQ. (SBN 181912)
**HOFFMAN & LAZEAR**
180 Grand Avenue Suite #1550
Oakland, CA 94612
Telephone:    (510) 768-5700
Facsimile:    (510) 835-1311

MARK R. THIERMAN, (SBN 72913)
LEON GREENBERG, (SBN226253)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

MAX FOLKENFLIK
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone:  (212) 757-0400
Facsimile:    (212) 757-2010

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and others similarly situated and on behalf of the general public and DOES 1-20,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP,<br><br>Defendant. | Case No. CV 05-04867-JF (HRL)<br><br>(Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and [proposed] ORDER**<br><br>Complaint Filed: September 27, 2005 |

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. CV 08-02853-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>Complaint Filed: February 21, 2008 |
| MICHELLE RICHARDS, on behalf of herself and all others similarly situated and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ERNST & YOUNG LLP, and DOES 1 - 50,<br><br>　　　　　Defendants. | Case No. 08-cv-04988-JF (HRL)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>Complaint Filed: June 19, 2008 |

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. CV 05-04867-JF (HRL), CV 08-02853-JF (HRL) & CV 08-04988-JF (HRL)

1  WHEREAS this Court has set a date of April 17, 2009 for a Further Case Management
2  Conference in the above-captioned cases;
3  WHEREAS lead trial counsel for Plaintiffs Fernandez and Richards has an unavoidable
4  scheduling conflict that prevents his attendance at the Case Management Conference on April 17,
5  2009; and
6  WHEREAS the parties continue to meet and confer regarding their respective positions.
7  THE PARTIES HEREBY STIPULATE, by and through their respective undersigned counsel,
8  and pursuant to Local Rule 16-2(e) and the Standing Order Regarding Case Management of Civil
9  Cases in this Court, that:
10     1.  The Case Management Conference in the above-captioned cases be CONTINUED to
11         April 24, 2009 at 10:30 a.m. before Judge Jeremy Fogel.  Position statement shall be
12         filed by April 17, 2009 , if needed.
13 Respectfully submitted,

Dated: April 3, 2009          MILSTEIN, ADELMAN & KREGER, LLP

                              By_____
                                 William A. Baird
                              Attorneys for Plaintiff JOSEPH LANDON
Dated: April 2, 2009          HOFFMAN & LAZEAR

                              By_____
                                 Ross L. Libenson
                              Attorneys for Plaintiffs MICHELLE RICHARDS &
                              SARAH FERNANDEZ


Dated: April __, 2009         AKIN GUMP STRAUSS HAUER & FELD LLP


                              By_____
                                 Catherine A. Conway
                              Attorneys for Defendants ERNST & YOUNG LLP and
                              ERNST & YOUNG U.S. LLP

///
///

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. CV 05-04867-JF (HRL), CV 08-02853-JF (HRL) & CV 08-04988-JF (HRL)

1 | WHEREAS this Court has set a date of April 10, 2009 for a Further Case Management Conference in the above-captioned cases;

WHEREAS lead trial counsel for Plaintiffs Fernandez and Richards has an unavoidable scheduling conflict that prevents his attendance at the Case Management Conference on April 10, 2009; and

WHEREAS the parties continue to meet and confer regarding their respective positions.

THE PARTIES HEREBY STIPULATE, by and through their respective undersigned counsel, and pursuant to Local Rule 16-2(e) and the Standing Order Regarding Case Management of Civil Cases in this Court, that:

1. The Case Management Conference in the above-captioned cases be CONTINUED to April 24, 2009 at 10:30 a.m. before Judge Jeremy Fogel. Position statement shall be filed by April 17, 2009, if needed.

Respectfully submitted,

Dated: April __, 2009

MILSTEIN, ADELMAN & KREGER, LLP

By_____
William A. Baird
Attorneys for Plaintiff JOSEPH LANDON

HOFFMAN & LAZEAR

Dated: April 2, 2009

By_____
Ross L. Libenson
Attorneys for Plaintiffs MICHELLE RICHARDS & SARAH FERNANDEZ

Dated: April __, 2009

AKIN GUMP STRAUSS HAUER & FELD LLP

By_____
Catherine A. Conway
Attorneys for Defendants ERNST & YOUNG LLP and ERNST & YOUNG U.S. LLP

///
///

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. CV 05-04867-JF (HRL), CV 08-02853-JF (HRL) & CV 08-04988-JF (HRL)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [proposed] ORDER

The Court having reviewed the stipulation and the file in this matter, it is so **Ordered**.

Dated: 4/9/09

_____
Hon. Jeremy Fogel.

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. CV 05-04867-JF (HRL), CV 08-02853-JF (HRL) & CV 08-04988-JF (HRL)