**E-Filed 4/20/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, et al., <br><br>             Plaintiffs, <br><br>        v. <br><br> ERNST & YOUNG LLP, <br><br>             Defendant. | Case Number C 05-4867 JF (HRL) |
| JOSEPH LANDON, <br><br>             Plaintiff, <br><br>        v. <br><br> ERNST & YOUNG LLP, et al., <br><br>             Defendants. | Case Number C 08-2853 JF (HRL) |
| MICHELLE RICHARDS, <br><br>             Plaintiff, <br><br>        v. <br><br> ERNST & YOUNG LLP, <br><br>             Defendant. | Case Number C 08-4988 JF (HRL) <br><br> ORDER CONSOLIDATING CASES FOR CLASS CERTIFICATION PURPOSES ONLY |

1 | The Clerk of the Court is directed to consolidate the above-captioned cases for class
2 | certification purposes only.
3 | IT IS SO ORDERED.
4
5
6
7
8
9
10 | DATED: 4/20/09
11
12 | _____
13 | JEREMY FOGEL
   | United States District Judge
14
...
28

2

Case No. C 05-4867 JF (HRL)
ORDER CONSOLIDATING CASES FOR CLASS CERTIFICATION PURPOSES ONLY
(JFLC2)

Copies of Order served on:

Case Number C 05-4867 JF (HRL)

Anastasia Melinda Boles     aboles@akingump.com, westdocketing@akingump.com

Arthur William Lazear     awl@hoffmanandlazear.com

Catherine A. Conway     cconway@akingump.com, thowe@akingump.com, westdocketing@akingump.com

Christopher Blanchard     cblanchard@akingump.com, jfukai@akingump.com

Gregory William Knopp     gknopp@akingump.com, dkucko@akingump.com, ltolbert@akingump.com, westdocketing@akingump.com

H. Tim Hoffman     hth@hoffmanandlazear.com

Leon Greenberg     wagelaw@aol.com, leongreenberg@overtimelaw.com, wagelaw@hotmail.com

Mark R. Thierman     laborlawyer@pacbell.net, kellyann@callatg.com, thier3@callatg.com, thier4@callatg.com, thier6@callatg.com

Max Folkenflik     max@fmlaw.net

Morgan Matthew Mack     mmm@hoffmanandlazear.com

Ross L. Libenson , Esq     rll@hoffmanandlazear.com, ross@libensonlaw.com, ross.libenson@gmail.com

Stephanie S Der     sder@akingump.com, thowe@akingump.com, westdocketing@akingump.

Joel M. Cohn
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave NW
Ste 400
Washington, DC 20036


Case Number C 08-2853 JF (HRL)

Anastasia Melinda Boles     aboles@akingump.com, westdocketing@akingump.com

Catherine A. Conway     cconway@akingump.com, thowe@akingump.com, westdocketing@akingump.com

Christopher Blanchard     cblanchard@akingump.com, jfukai@akingump.com

Gregory William Knopp     gknopp@akingump.com, dkucko@akingump.com, ltolbert@akingump.com, westdocketing@akingump.com

1   Steven Stone Elster     manfromcal@sbcglobal.net

2   William Anthony Baird     tbaird@maklawyers.com, daresca@maklawyers.com, jrudolph@maklawyers.com, leverman@maklawyers.com, MLaufer@maklawyers.com,
3   Pgarcia@maklawyers.com, wkreger@maklawyers.com

4

5   Case Number C 08-4988 JF (HRL)

6   Anastasia Melinda Boles     aboles@akingump.com, westdocketing@akingump.com

7   Arthur William Lazear     awl@hoffmanandlazear.com

8   Catherine A. Conway     cconway@akingump.com, thowe@akingump.com, westdocketing@akingump.com

9
    Christopher Blanchard     cblanchard@akingump.com, jfukai@akingump.com
10
    Gregory William Knopp     gknopp@akingump.com, dkucko@akingump.com,
11  ltolbert@akingump.com, westdocketing@akingump.com

12  H. Tim Hoffman     hth@hoffmanandlazear.com

13  Mark R. Thierman     laborlawyer@pacbell.net, kellyann@callatg.com, thier3@callatg.com, thier4@callatg.com, thier6@callatg.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-4867 JF (HRL)
ORDER CONSOLIDATING CASES FOR CLASS CERTIFICATION PURPOSES ONLY
(JFLC2)