| | |
|---|---|
| 1 | CATHERINE A. CONWAY (SBN 98366) |
|   | GREGORY W. KNOPP (SBN 237615) |
| 2 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|   | 2029 Century Park East, Suite 2400 |
| 3 | Los Angeles, California 90067-3012 |
|   | Telephone:     310-229-1000 |
| 4 | Facsimile:     310-229-1001 |
|   | cconway@akingump.com |
| 5 | gknopp@akingump.com |
|   | aspiewak@akingump.com |
| 6 | |
| 7 | Attorneys for Defendant, ERNST & YOUNG LLP |

\*\*E-Filed 7/10/2009\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | | |
| 12 | DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20 | Case No. CV 05-04867 JF (HRL) |
| 13 | | |
| 14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 15 | v. | |
| 16 | ERNST & YOUNG, LLP | |
| 17 | Defendant. | |
| 18 | JOSEPH LANDON individually and on behalf of all others similarly situated, | C 08-2853 JF (HRL) |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive, | |
| 22 | | |
| 23 | | |
| 24 | Defendant. | |
| 25 | **Caption continued on next page.** | |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CV 05-04867 JF

| | |
|---|---|
| MICHELLE RICHARDS, on behalf 16 of herself and all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP, and DOES - 50<br><br>Defendant. | C 08-4988 JF (HRL) |

Plaintiffs David Ho, Sarah Fernandez and Michelle Richards, and Defendant Ernst & Young LLP, by and through their respective counsel, hereby agree and stipulate as follows

**WHEREAS**, the parties Case Management Conference is currently scheduled for Friday, July 10, 2009, at 10:30 a.m.;

**WHEREAS**, the parties have agreed to reschedule the Case Management Conference;

**NOW, THEREFORE**, the parties respectfully request that the case management conference currently scheduled for July 10, 2009 be continued to Friday, July 24, 2009, at 10:30 a.m., or such other date and time as is convenient for the Court, in Courtroom 3 of the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

Respectfully submitted,

Dated: July 9, 2009

**AKIN GUMP STRAUSS HAUER & FELD LLP**
CATHERINE A. CONWAY
GREGORY W. KNOPP

By  /s/ Catherine A. Conway
    Catherine A. Conway
    Attorneys for Defendant,
    ERNST & YOUNG LLP

Dated: July 9, 2009

**HOFFMAN & LAZEAR**
H. TIM HOFFMAN
ARTHUR W. LAZEAR
ROSS L. LIBENSON

By  /s/ H. Tim Hoffman
    H. Tim Hoffman
    Attorneys for Plaintiffs David Ho, Sarah Fernandez and
    Michelle Richards

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    The parties have stipulated to continue the Case Management Conference in the above-captioned cases until July 24, 2009 at 10:30 a.m. before Judge Jeremy Fogel in Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _July 10, 2009_, 2009    By _[signature]_
                                        The Honorable Jeremy Fogel
                                      JUDGE, UNITED STATES DISTRICT COURT