H. TIM HOFFMAN (SBN 049141)
ARTHUR W. LAZEAR (SBN 083603)
ROSS L. LIBENSON, ESQ. (SBN 181912)
**HOFFMAN & LAZEAR**
180 Grand Avenue Suite #1550
Oakland, CA 94612
Telephone:   (510) 768-5700
Facsimile:   (510) 835-1311

MARK R. THIERMAN, (SBN 72913)
LEON GREENBERG, (SBN226253)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

MAX FOLKENFLIK
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone:  (212) 757-0400
Facsimile:    (212) 757-2010

Attorneys for Plaintiffs

**E-Filed 12/3/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and others similarly situated and on behalf of the general public and DOES 1-20,<br><br>    Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP,<br><br>    Defendant. | Case No. CV 05-04867-JF (HRL)<br><br>(Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)<br><br>[Assigned for all purposes to the Honorable Jeremy Fogel]<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and** [proposed] **ORDER**<br><br>Complaint Filed: September 27, 2005 |

| | |
|---|---|
| 1 | |
| 2 | JOSEPH LANDON, individually and on behalf of all others similarly situated, |
| 3 | Plaintiffs, |
| 4 | |
| 5 | v. |
| 6 | ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive, |
| 7 | |
| 8 | Defendants. |
| 9 | |
| 10 | MICHELLE RICHARDS, on behalf of herself and all others similarly situated and on behalf of the general public, |
| 11 | |
| 12 | Plaintiffs, |
| 13 | v. |
| 14 | ERNST & YOUNG LLP, and DOES 1 - 50, |
| 15 | Defendants. |

Case No. CV 08-02853-JF (HRL)

[Assigned for all purposes to the Honorable Jeremy Fogel]

Complaint Filed: February 21, 2008

Case No. 08-cv-04988-JF (HRL)

[Assigned for all purposes to the Honorable Jeremy Fogel]

Complaint Filed: June 19, 2008

1  WHEREAS this Court has set a date of December 4, 2009 for a Further Case Management
2  Conference in the above-captioned cases;
3  WHEREAS a discovery motion remains to be heard by Magistrate Lloyd on December 8,
4  2009;
5  WHEREAS the parties continue to meet and confer regarding certain other discovery matters.
6  THE PARTIES HEREBY STIPULATE, by and through their respective undersigned counsel,
7  and pursuant to Local Rule 16-2(e) and the Standing Order Regarding Case Management of Civil
8  Cases in this Court, that:
9  1.  The Case Management Conference in the above-captioned cases be CONTINUED to
10  December 11, 2009 at 10:30 a.m. before Judge Jeremy Fogel.
11  Respectfully submitted,

Dated: December 2, 2009                MARKUN, ZUSMAN & COMPTON, LLP

                                       By_____
                                              William A. Baird
                                       Attorneys for Plaintiff JOSEPH LANDON
Dated: December 2, 2009                HOFFMAN & LAZEAR

                                       By_____
                                              Ross L. Libenson
                                       Attorneys for Plaintiffs MICHELLE RICHARDS &
                                       SARAH FERNANDEZ

Dated: December 2, 2009                AKIN GUMP STRAUSS HAUER & FELD LLP

                                       By_____
                                              Greg Knopp
                                       Attorneys for Defendants ERNST & YOUNG LLP and
                                       ERNST & YOUNG U.S. LLP

///
///
///

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. CV 05-04867-JF (HRL), CV 08-02853-JF (HRL) & CV 08-04988-JF (HRL)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[proposed] ORDER

The Court having reviewed the stipulation and the file in this matter, it is so **Ordered**.

_____
Hon. Jeremy Fogel