```
 1  MARK R. THIERMAN, (State Bar No. 72913)
    LEON GREENBERG, (State Bar No. 226253)
 2  THIERMAN LAW FIRM
    7287 Lakeside Drive, Suite 101
 3  Reno, NV 89511                              **E-Filed 6/10/2010**
    Telephone: (775) 284-1500
 4  Facsimile:  (775) 703-5027

 5  H. TIM HOFFMAN, (State Bar No. 49141)
    ARTHUR W. LAZEAR, (State Bar No. 83603)
 6  ROSS L. LIBENSON, (State Bar No. 181912)
    HOFFMAN & LAZEAR
 7  180 Grand Avenue, Suite 1550
    Oakland, CA  94612
 8  Telephone:  (510) 763-5700
    Facsimile:  (510) 835-1311
 9
    MAX FOLKENFLIK
10  FOLKENFLIK & MCGERITY
    1500 Broadway, 21St Floor
11  New York, NY 10036
    Telephone:  (212)757-0400
12  Facsimile:   (212)757-2010

13  Interim Lead Counsel for Plaintiffs

14  CATHERINE A. CONWAY (SBN 98366)
    GREGORY W. KNOPP (SBN 237615)
15  CHRISTOPHER PETERSEN (SBN 260631)
    AKIN GUMP STRAUSS HAUER & FELD LLP
16  2029 Century Park East, Suite 2400
    Los Angeles, CA 90067-3012
17  Telephone: 310-229-1000
    Facsimile: 310-229-1001
18
    Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HO, on behalf of himself and all others similarly situated and on behalf of the general public and DOES #1-20,<br><br>             Plaintiffs,<br><br>     v.<br><br>ERNST & YOUNG, LLP,<br><br>             Defendants. | Case No. C 05 04867 (JF)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING MOTION FOR CERTIFICATION OF CLASS ACTION, and BRIEFING SCHEDULE<br><br>Hon. Jeremy Fogel |

601659.0004 WEST  6469984 v1

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING MOTION FOR
CERTIFICATION OF CLASS ACTION and BRIEFING SCHEDULE
Case No. C 05 04867-JF (HRL)
(Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)

1. WHEREAS the Court has set June 30, 2010, as the date for Plaintiffs to file their motion for class certification in the above-captioned action;

WHEREAS each party intends to take additional depositions prior to submitting their respective class certification briefs, and the parties have not yet been able to conduct these depositions because of scheduling conflicts;

WHEREAS the parties have met and conferred and agreed to the class certification briefing schedule set forth below;

THEREFORE IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that:

1. Plaintiffs shall have up to and including July 30, 2010 to file their Motion For Class Certification;

2. Defendant shall have up to and including September 30, 2010 to file an opposition to Plaintiffs' Motion For Class Certification; and

3. Plaintiffs shall have up to and including November 1, 2010 to file a reply to Defendant's Opposition to Plaintiff's Motion For Class Certification.

Dated: May 27, 2010

/s/ Ross L. Libenson
Ross L. Libenson
HOFFMAN & LAZEAR
Attorney for Plaintiffs

Dated: May 27, 2010

/s/ Gregory W. Knopp
GREGORY W. KNOPP (SBN237615)
AKIN GUMP STRAUSS HAUER & FELD LLP
Attorney for Defendant

601659.0004 WEST 6469984 v1

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING MOTION FOR CERTIFICATION OF CLASS ACTION and BRIEFING SCHEDULE
Case No. C 05 04867-JF (HRL)
(Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)

**ORDER**

IT IS SO ORDERED.

Dated: ___6/7/2010___, 2010

_____
United States District Judge

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On May 27, 2010, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING MOTION FOR CERTIFICATION OF CLASS ACTION, and BRIEFING SCHEDULE** on the interested party(ies) below, using the following means:

> **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 27, 2010 at Los Angeles, California.

Rose Shushanyan  /s/ Rose Shushanyan
Print Name        Signature

601659.0004 WEST 6469984 v1

PROOF OF SERVICE