| | |
|---|---|
| 1  MARK R. THIERMAN, (State Bar No. 72913)<br>    LEON GREENBERG, (State Bar No. 226253) | **E-Filed 7/6/2010** |
| 2  THIERMAN LAW FIRM<br>    7287 Lakeside Drive, Suite 101 | |
| 3  Reno, NV 89511<br>    Telephone: (775) 284-1500 | |
| 4  Facsimile: (775) 703-5027 | |

5  H. TIM HOFFMAN, (State Bar No. 49141)
    ARTHUR W. LAZEAR, (State Bar No. 83603)
6  ROSS L. LIBENSON, (State Bar No. 181912)
    HOFFMAN & LAZEAR
7  180 Grand Avenue, Suite 1550
    Oakland, CA 94612
8  Telephone: (510) 763-5700
    Facsimile: (510) 835-1311
9
    MAX FOLKENFLIK
10  FOLKENFLIK & MCGERITY
    1500 Broadway, 21St Floor
11  New York, NY 10036
    Telephone: (212)757-0400
12  Facsimile: (212)757-2010

13  *Interim Lead Counsel for Plaintiffs*

14  CATHERINE A. CONWAY (SBN 98366)
    GREGORY W. KNOPP (SBN 237615)
15  CHRISTOPHER PETERSEN (SBN 260631)
    AKIN GUMP STRAUSS HAUER & FELD LLP
16  2029 Century Park East, Suite 2400
    Los Angeles, CA 90067-3012
17  Telephone: 310-229-1000
    Facsimile: 310-229-1001
18
    Attorneys for Defendant
19                              UNITED STATES DISTRICT COURT

20                              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  DAVID HO, on behalf of himself and all<br>     others similarly situated and on behalf of the | Case No. C 05 04867 (JF) |
| 22  general public and DOES #1-20, | **STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING DEADLINE FOR** |
| 23                          Plaintiffs, | **FILING MOTION FOR CERTIFICATION**<br>**OF CLASS ACTION, and BRIEFING** |
| 24       v. | **SCHEDULE** |
| 25  ERNST & YOUNG, LLP, | Hon. Jeremy Fogel |
| 26                          Defendants. | |

27

28
    STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING MOTION FOR
    CERTIFICATION OF CLASS ACTION and BRIEFING SCHEDULE
    Case No. C 05 04867-JF (HRL)
    (Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)

1  WHEREAS the Court has set July 30, 2010, as the date for Plaintiffs to file their motion for
2  class certification in the above-captioned action;
3  WHEREAS each party intends to take additional depositions prior to submitting their
4  respective class certification briefs, and the parties have not yet been able to conduct these depositions
5  because of scheduling conflicts;
6  WHEREAS the parties have met and conferred and agreed to the class certification briefing
7  schedule set forth below;
8  THEREFORE IT IS HEREBY STIPULATED by and between the parties hereto through their
9  respective undersigned counsel that:
10  1.  Plaintiffs shall have up to and including August 20, 2010 to file their Motion For Class
11  Certification;
12  2.  Defendant shall have up to and including October 22, 2010 to file an opposition to
13  Plaintiffs' Motion For Class Certification; and
14  3.  Plaintiffs shall have up to and including November 22, 2010 to file a reply to
15  Defendant's Opposition to Plaintiff's Motion For Class Certification.

Dated: July 1, 2010

Ross L. Libenson
HOFFMAN & LAZEAR
Attorney for Plaintiffs

Dated: July 1, 2010

GREGORY W. KNOPP (SBN237615)
AKIN GUMP STRAUSS HAUER &
FELD LLP
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: 7/2/2010, 2010

United States District Judge

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING MOTION FOR
CERTIFICATION OF CLASS ACTION and BRIEFING SCHEDULE
Case No. C 05 04867-JF (HRL)
(Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)