1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  CHRISTOPHER K. PETERSEN (SBN 260631)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400                    **E-Filed 7/15/2010**
   Los Angeles, California 90067-3012
4  Telephone:  310-229-1000
   Facsimile:  310-229-1001
5  cconway@akingump.com
   gknopp@akingump.com
6  cpetersen@akingump.com

7  ATTORNEYS FOR DEFENDANT ERNST & YOUNG LLP

8

9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13

| | |
|---|---|
| DAVID HO, JOHN MAXTON, NATHAN LAY, and SARAH FERNANDEZ on behalf of themselves and others similarly situated and on behalf of the general public and DOES 1-20 | Case No. CV 05-04867 JF (HRL) |
| | [Consolidated for Class Certification Purposes with Case Nos. CV- 08-02853-JF and CV-08-04988-JF] |
| Plaintiff, | [Assigned for all purposes to the Honorable Jeremy Fogel] |
| v. | [PROPOSED] ORDER RE DEFENDANT ERNST & YOUNG LLP'S ADMINISTRATIVE MOTION RE MEAL AND REST BREAK CLAIMS AND CLAIMS FOR INJUNCTIVE RELIEF OF PLAINTIFFS JOSEPH LANDON AND SARAH FERNANDEZ |
| ERNST & YOUNG LLP | |
| Defendant. | |
| | Complaint Filed: September 27, 2005 |

| | |
|---|---|
| 1    JOSEPH LANDON, individually and<br>       on behalf of all others similarly<br>2    situated, | Case No. CV- 08-02853-JF (HRL) |

JOSEPH LANDON, individually and on behalf of all others similarly situated,

                   Plaintiffs,

      v.

ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,

                   Defendants.

Case No. CV- 08-02853-JF (HRL)

Complaint Filed: February 21, 2008

---------------------------------------------------

MICHELLE RICHARDS, on behalf of herself and all others similarly situated and on behalf of the general public,

                   Plaintiffs,

      v.

ERNST & YOUNG LLP, and DOES 1 – 50,

                   Defendants.

Case No. CV-08-04988-JF (HRL)

[Assigned for all purposes to the Honorable Jeremy Fogel]

Complaint Filed: June 19, 2008

1    On May 19, 2010, Defendant Ernst & Young LLP ("Defendant") filed an

2    administrative motion to apply this Court's ruling with respect to Defendant's motion

3    for summary judgment as to Plaintiff Michelle Richards to the claims of Plaintiffs

4    Joseph Landon and Sarah Fernandez ("Plaintiffs") as well, thereby dismissing their

5    claims for injunctive relief with prejudice and dismissing their meal and rest break

6    claims without prejudice.

7    After considering this motion, IT IS HEREBY ORDERED THAT the motion is

8    GRANTED for the following reasons:

9    1.    Plaintiffs lack standing to seek injunctive relief because they are no longer

10   employed by Ernst & Young and therefore are no longer subject to the employment

11   practices at issue in this action.

12   2.    Plaintiffs' claims for meal and rest breaks are dismissed without prejudice

13   because the California Supreme Court is currently considering the standard that will

14   apply.

15

16

17   Dated _____7/15/2010_____, 2010        By_____

18                                                      Hon. Jeremy Fogel
                                                   Judge of the United States District Court
19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION RE MEAL AND REST BREAK CLAIMS
AND CLAIMS FOR INJUNCTIVE RELIEF OF PLAINTIFFS JOSEPH LANDON AND SARAH FERNANDEZ

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  2029 Century Park East, Suite 2400, Los Angeles, California 90067.  On May 20, 2010, I served the foregoing document(s) described as:  **[PROPOSED] ORDER RE DEFENDANT ERNST & YOUNG LLP'S ADMINISTRATIVE MOTION RE MEAL AND REST BREAK CLAIMS AND CLAIMS FOR INJUNCTIVE RELIEF OF PLAINTIFFS JOSEPH LANDON AND SARAH FERNANDEZ** on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2010 at Los Angeles, California.

Rose Shushanyan
Print Name

_Rose Shushanyan_
Signature

PROOF OF SERVICE