| | |
|---|---|
| MARK R. THIERMAN, (State Bar No. 72913)<br>LEON GREENBERG, (State Bar No. 226253)<br>THIERMAN LAW FIRM<br>7287 Lakeside Drive, Suite 101<br>Reno, NV 89511<br>Telephone: (775) 284-1500<br>Facsimile: (775) 703-5027 | **E-Filed 8/17/2010** |

H. TIM HOFFMAN, (State Bar No. 49141)
ARTHUR W. LAZEAR, (State Bar No. 83603)
ROSS L. LIBENSON, (State Bar No. 181912)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

MAX FOLKENFLIK
FOLKENFLIK & MCGERITY
1500 Broadway, 21St Floor
New York, NY 10036
Telephone: (212)757-0400
Facsimile: (212)757-2010

*Interim Lead Counsel for Plaintiffs*

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
CHRISTOPHER PETERSEN (SBN 260631)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HO, on behalf of himself and all others similarly situated and on behalf of the general public and DOES #1-20,<br><br>             Plaintiffs,<br><br>     v.<br><br>ERNST & YOUNG, LLP,<br><br>             Defendants. | Case No. C 05 04867 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCEED APPLICABLE PAGE LIMIT FOR CLASS CERTIFICATION BRIEFING**<br><br>Hon. Jeremy Fogel |

STIPULATION AND [PROPOSED] ORDER TO EXCEED APPLICABLE PAGE LIMIT FOR CLASS
CERTIFICATION BRIEFING
Case No. C 05 04867-JF (HRL)
(Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)

1  WHEREAS the parties have met and conferred and agreed to each exceed the applicable page limit for the class certification briefing in the Plaintiffs' moving brief and the Defendant's opposition brief by ten (10) pages.

THEREFORE IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that:

1. Plaintiffs shall have up to thirty-five (35) pages for their Memorandum of Points and Authorities In Support Of their Motion For Class Certification;

2. Defendant shall have up to thirty-five (35) pages for their Memorandum of Points and Authorities In Opposition To The Motion For Class Certification.

Dated: August 16, 2010  
               /s/  
Ross L. Libenson  
HOFFMAN & LAZEAR  
Attorney for Plaintiffs

Dated: August 16, 2010  
               /s/  
GREGORY W. KNOPP (SBN237615)  
AKIN GUMP STRAUSS HAUER & FELD LLP  
Attorney for Defendant

(*This stipulation has been approved by Gregory W. Knopp*)

**ORDER**

IT IS SO ORDERED.

Dated: __August 17__, 2010  
_____  
United States District Judge

2  
STIPULATION AND [PROPOSED] ORDER TO EXCEED APPLICABLE PAGE LIMIT FOR CLASS CERTIFICATION BRIEFING  
Case No. C 05 04867-JF (HRL)  
(Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)