| | |
|---|---|
| 1 | CATHERINE A. CONWAY (SBN 98366) |
| | GREGORY W. KNOPP (SBN 237615) |
| 2 | CHRISTOPHER K. PETERSEN (SBN 260631)    **E-Filed 9/27/2010** |
| | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 3 | 2029 Century Park East, Suite 2400 |
| | Los Angeles, California 90067-3012 |
| 4 | Telephone:    310-229-1000 |
| | Facsimile:    310-229-1001 |
| 5 | cconway@akingump.com |
| | gknopp@akingump.com |
| 6 | cpetersen@akingump.com |
| 7 | Attorneys for Defendant, ERNST & YOUNG LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20 | Case No. CV 05-04867 JF (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION** |
| v. | |
| ERNST & YOUNG, LLP | |
| Defendant. | |
| JOSEPH LANDON individually and on behalf of all others similarly situated, | C 08-2853 JF (HRL) |
| Plaintiff, | |
| v. | |
| ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive, | |
| Defendant. | |
| **Caption continued on next page.** | |

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION

CV 05-04867 JF

| | |
|---|---|
| MICHELLE RICHARDS, on behalf 16 of herself and all others similarly situated and on behalf of the general public,<br><br>     Plaintiff,<br><br> v.<br><br>ERNST & YOUNG LLP, and DOES - 50<br><br>Defendant. | C 08-4988 JF (HRL) |

---

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION

Plaintiffs Sarah Fernandez and Michelle Richards, and Defendant Ernst & Young LLP, by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**, pursuant to the parties' stipulation which the Court approved on July 2, 2010, Defendant's opposition to Plaintiffs' motion for class certification would be due October 22, 2010, and Plaintiffs' reply in support of their motion would be due November 22, 2010;

**WHEREAS**, the parties are working together to schedule Defendant's depositions of putative class members who submitted declarations in support of Plaintiffs' motion for class certification;

**WHEREAS**, the parties are also working to schedule Defendant's deposition of Plaintiffs' expert witness, Roger B. Shlonsky, who is out of the country through November;

**WHEREAS**, the parties have met and conferred and agree that in order to accommodate these depositions, the briefing schedule should be amended as follows:

1. Defendant's opposition to Plaintiffs' motion for class certification is due on or before December 31, 2010; and

2. Plaintiffs' reply in support of their motion for class certification is due on or before March 11, 2011.

Respectfully submitted,

Dated: September 24, 2010          **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                   By    /s/ Gregory W. Knopp
                                         Gregory W. Knopp
                                         Attorneys for Defendant,
                                         ERNST & YOUNG LLP

Dated: September 24, 2010          **HOFFMAN & LAZEAR**

                                   By    /s/ Ross L. Libenson
                                         Ross L. Libenson
                                         Attorneys for Plaintiffs David Ho, Sarah Fernandez and
                                         Michelle Richards

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __September 27__, 2010      By _____
                                         The Honorable Jeremy Fogel
                                         JUDGE, UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION

CV 05-04867 JF

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On September 24, 2010, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION** on the interested party(ies) below, using the following means:

> **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 24, 2010 at Los Angeles, California.

Dawnmarie Kucko
*[Print Name of Person Executing Proof]*

*[Signature]*

---

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION

CV 05-04867 JF