1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  CHRISTOPHER K. PETERSEN (SBN 260631)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:    310-229-1000
   Facsimile:    310-229-1001
5  cconway@akingump.com
   gknopp@akingump.com
6  cpetersen@akingump.com

7  Attorneys for Defendant, ERNST & YOUNG LLP

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

| 12 | DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20 | Case No. CV 05-04867 JF (HRL) |
|---|---|---|
| 14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STRIKING THE DECLARATIONS OF COLM DRISCOLL AND PAUL ESTRADA FROM PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 15 | v. | |
| 16 | ERNST & YOUNG, LLP | |
| 17 | Defendant. | |
| 18 | JOSEPH LANDON individually and on behalf of all others similarly situated, | |
| 19 | Plaintiff, | |
| 21 | v. | |
| 22 | ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive, | |
| 24 | Defendant. | |
| 25 | **Caption continued on next page.** | |

STIPULATION AND [PROPOSED] ORDER STRIKING DECLARATIONS OF COLM DRISCOLL AND PAUL
ESTRADA
                                                                    CV 05-04867 JF

| | |
|---|---|
| MICHELLE RICHARDS, on behalf 16 of herself and all others similarly situated and on behalf of the general public,<br><br>               Plaintiff,<br><br>   v.<br><br>ERNST & YOUNG LLP, and DOES - 50<br><br>Defendant. | C 08-4988 JF (HRL) |

STIPULATION AND [PROPOSED] ORDER STRIKING DECLARATIONS OF COLM DRISCOLL AND PAUL ESTRADA

CV 05-04867 JF

Plaintiffs Sarah Fernandez and Michelle Richards, and Defendant Ernst & Young LLP, by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**, Plaintiffs submitted to the Court the Declarations of Colm Driscoll and Paul Estrada (the "Declarations"), putative class members, and rely on those declarations in their Motion for Class Certification;

**WHEREAS**, Defendant has attempted to take depositions of Driscoll and Estrada pursuant to validly-issued subpoenas, but both witnesses have refused to appear;

**WHEREAS**, pursuant to Federal Rules of Civil Procedure 37 and 45, Defendant has moved in the United States District Court for the Northern District of Illinois to compel Driscoll's testimony, and intends to file a motion in the United States District Court of the Central District of California with respect to Estrada;

**WHEREAS**, the parties have continued to meet and confer to attempt to resolve their differences with respect to Driscoll's and Estrada's depositions;

**NOW THEREFORE**, the parties will, and hereby do, stipulate as follows:

1. Plaintiffs agree to withdraw the Declarations, to strike any references to the Declarations from their Motion for Class Certification and all supporting documents filed therewith, and to refrain from attaching or citing to the Declarations in Plaintiffs' reply papers on the Motion for Class Certification; and

///
///
///
///
///
///

2. Defendant will withdraw its Motion to Compel with respect to Driscoll, now pending in the United States District Court for the Northern District of Illinois, and not seek further enforcement of its subpoenas for Driscoll's and Estrada's appearances.

Respectfully submitted,

Dated: November 11, 2010

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By /s/ Gregory W. Knopp
Gregory W. Knopp
Attorneys for Defendant,
ERNST & YOUNG LLP

Dated: November 11, 2010

**FOLKENFLIK & McGERITY**

By /s/ Max Folkenflik
Max Folkenflik
Attorneys for Plaintiffs David Ho, Sarah Fernandez and Michelle Richards

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/16, 2010    By _____
The Honorable Jeremy Fogel
JUDGE, UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On November 11, 2010, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER STRIKING THE DECLARATIONS OF COLM DRISCOLL AND PAUL ESTRADA FROM PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** on the interested party(ies) below, using the following means:

> **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 11, 2010 at Los Angeles, California.

Rose Shushanyan
[Print Name of Person Executing Proof]

*Rose Shushanyan*
[Signature]

6299743
CAPTION

2

08 CV 1558