| | |
|---|---|
| 1 | CATHERINE A. CONWAY (SBN 98366) |
|   | GREGORY W. KNOPP (SBN 237615) |
| 2 | CHRISTOPHER K. PETERSEN (SBN 260631) |
|   | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 3 | 2029 Century Park East, Suite 2400 |
|   | Los Angeles, California 90067-3012 |
| 4 | Telephone:     310-229-1000 |
|   | Facsimile:     310-229-1001 |
| 5 | cconway@akingump.com |
|   | gknopp@akingump.com |
| 6 | cpetersen@akingump.com |

**E-Filed 12/20/2010**

Attorneys for Defendant, ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20 | Case No. CV 05-04867 JF (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| ERNST & YOUNG, LLP | |
| Defendant. | |
| JOSEPH LANDON individually and on behalf of all others similarly situated, | C 08-2853 JF (HRL) |
| Plaintiff, | |
| v. | |
| ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive, | |
| Defendant. | |
| **Caption continued on next page.** | |

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CV 05-04867 JF

| | |
|---|---|
| 1  MICHELLE RICHARDS, on behalf 16 of herself and all others similarly situated and 2  on behalf of the general public, | C 08-4988 JF (HRL) |
| 3  Plaintiff, | |
| 4  v. | |
| 5  ERNST & YOUNG LLP, and DOES - 50 | |
| 6  Defendant. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CV 05-04867 JF

Plaintiffs Sarah Fernandez and Michelle Richards, and Defendant Ernst & Young LLP, by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**, pursuant to the parties' stipulation which the Court approved on September 24, 2010, Defendant's opposition to Plaintiffs' motion for class certification would be due December 31, 2010, and Plaintiffs' reply in support of their motion would be due March 11, 2011;

**WHEREAS**, due to unforeseen scheduling conflicts, Defendant is unable to proceed on the date scheduled for the deposition of Plaintiff's expert witness Roger B. Shlonsky;

**WHEREAS**, the parties have agreed to re-schedule the deposition of Roger B. Shlonsky for the week of January 11, 2011;

**WHEREAS**, the parties have met and conferred and agree that in order to accommodate this deposition, the briefing schedule should be amended as follows:

1. Defendant's opposition to Plaintiffs' motion for class certification is due on or before January 21, 2011; and
2. Plaintiffs' reply in support of their motion for class certification will remain due on or before March 11, 2011, with the caveat that Defendant will not oppose a request for an extension should Plaintiffs request it.

Respectfully submitted,

Dated: December 20, 2010

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By   /s/ Gregory W. Knopp
      Gregory W. Knopp
      Attorneys for Defendant,
      ERNST & YOUNG LLP

Dated: December 20, 2010

**HOFFMAN & LAZEAR**

By   /s/ Ross Libenson
      Ross Libenson
      Attorneys for Plaintiffs David Ho, Sarah Fernandez and
      Michelle Richards

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 20, 2010   By_____
                              The Honorable Jeremy Fogel
                              JUDGE, UNITED STATES DISTRICT COURT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On December 20, 2010, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 20, 2010 at Los Angeles, California.

Rose Shushanyan
*Print Name*

*Signature*

PROOF OF SERVICE