MARK R. THIERMAN, (State Bar No. 72913)
LEON GREENBERG, (State Bar No. 226253)
THIERMAN LAW FIRM
7287 Lakeside Drive, Suite 101
Reno, NV 89511
Telephone: (775) 284-1500
Facsimile:  (775) 703-5027

H. TIM HOFFMAN, (State Bar No. 49141)
ARTHUR W. LAZEAR, (State Bar No. 83603)
ROSS L. LIBENSON, (State Bar No. 181912)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile:  (510) 835-1311

MAX FOLKENFLIK
FOLKENFLIK & MCGERITY
1500 Broadway, 21St Floor
New York, NY 10036
Telephone: (212)757-0400
Facsimile:  (212)757-2010

INTERIM LEAD COUNSEL FOR PLAINTIFFS

**E-Filed 3/10/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HO, on behalf of himself and others similarly situated and on behalf of the general public and DOES 1-20<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERNST & YOUNG, LLP<br><br>　　　　　　Defendant. | Case No. CV 05-04867 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| **Caption continued on next page.** | |

| | | |
|---|---|---|
| 1 | | C 08-2853 JF (HRL) |
| 2 | JOSEPH LANDON individually and on behalf of all others similarly situated, | |
| 3 | Plaintiff, | |
| 4 | | |
| 5 | v. | |
| 6 | ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive, | |
| 7 | | |
| 8 | Defendant. | |
| 9 | MICHELLE RICHARDS, on behalf 16 of herself and all others similarly situated and on behalf of the general public, | |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | C 08-4988 JF (HRL) |
| 13 | ERNST & YOUNG LLP, and DOES - 50 | |
| 14 | Defendant. | |

STIPULATION and [proposed] order EXTENDING THE PAGE LIMIT FOR plaintiffs' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICAITON
CV 05-04867 JF

Plaintiffs Sarah Fernandez and Michelle Richards, and Defendant Ernst & Young LLP, by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**, the parties' previously agreed, and the Court entered an Order, permitting the parties to exceed the page limit for the Plaintiffs' Memorandum In Support of Class Certification and Defendant's Memorandum In Opposition to Class Certification;

**WHEREAS**, Plaintiffs have requested a page extension of five (5) pages for its Reply Memorandum, the parties have met and conferred and agreed that Plaintiffs may have twenty (20) pages for their Reply Memorandum to Defendant's Opposition To Class Certification, the page limit for Plaintiffs' Reply Memorandum should be amended as follows:

1. Plaintiffs' Reply Memorandum in support of their motion for class certification may be twenty (20) pages in length.

Respectfully submitted,

Dated: March 8, 2011       **AKIN GUMP STRAUSS HAUER & FELD LLP**

By _____/s/_____
Gregory W. Knopp
Attorneys for Defendant,
ERNST & YOUNG LLP

Dated: March 8, 2011       **HOFFMAN & LAZEAR**

By _____/s/_____
Ross L. Libenson
Attorneys for Plaintiffs David Ho, Sarah Fernandez and Michelle Richards

///

///

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 10__, 2010       By _____
The Honorable Jeremy Fogel
JUDGE, UNITED STATES DISTRICT COURT

STIPULATION and [proposed] order EXTENDING THE PAGE LIMIT FOR plaintiffs' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICAITON
CV 05-04867 JF