MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

Attorney for Plaintiff David Ho

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HO, on behalf of himself and all others similarly situated and on behalf of the general public and DOES 1-20,<br><br>           Plaintiffs,<br><br>     vs.<br><br>ERNST & YOUNG, LLP,<br><br>           Defendant. | Case No.  CV 05-04867 RMW<br><br><u>CLASS ACTION</u><br><br>**[] JUDGMENT**<br><br><br>Complaint Filed:   September 27, 2005<br>Case Removed:     November 29, 2005 |

JUDGMENT                                                                                        CASE NO. 05-04867

1  Pursuant to the Court's Order of March 4, 2008 granting summary judgment to Defendant
2  Ernst & Young LLP (Dkt. 121) against Plaintiff David Ho, and in light of the fact that all other
3  Plaintiffs in this action have been dismissed or otherwise have resolved their claims (Dkt. 139; Dkt.
4  336), IT IS HEREBY ORDERED that judgment be entered in favor of Defendant Ernst & Young
5  LLP and against Plaintiff David Ho.
6  **IT IS SO ORDERED AND ADJUDGED.**

9  Dated:  F gego dgt"39."4234

The Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE