1   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2   GREGORY W. KNOPP (SBN 237615)
    CHRISTOPHER K. PETERSEN (SBN 260631)
3   gknopp@akingump.com
    cpetersen@akingump.com
4   2029 Century Park East, Suite 2400
    Los Angeles, CA 90067
5   Telephone:   (310) 229-1000
    Facsimile:   (310) 229-1001

6   Attorneys for Defendant,
    Ernst & Young LLP
7
8   **FOLKENFLIK & MCGERITY**
    MAX FOLKENFLIK
9   max@fmlaw.net
    1500 Broadway, 21st Floor
10  New York, NY 10036
    Telephone: (212) 757-0400
11  Facsimile: (212) 757-2010

12  **DUCKWORTH PETERS LEBOWITZ OLIVER LLP**
    MONIQUE OLIVER (SBN 190385)
13  monique@dplolaw.com
    100 Bush Street, Suite 1800
14  San Franscico, CA 94104
    Telephone: (415) 433-0333
15  Facsimile: (415) 449-6556

16  Attorneys for Plaintiff
    David Ho

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA
19
20
21  DAVID HO, on behalf of himself and      Case No.  CV05-4867 RMW (HRL)
    all others similarly situated and on
22  behalf of the general public, and
    DOES # 1-20,                            **JOINT STIPULATION RE:**
                                            **WITHDRAWAL OF DEFENDANT'S**
23                  Plaintiffs,             **BILL OF COSTS**

24         v.

25  ERNST & YOUNG LLP,

26                  Defendant.
27
28

JOINT STIPULATION RE: WITHDRAWAL OF DEFENDANT'S BILL OF COSTS

1     Plaintiff David Ho ("Plaintiff") and Defendant Ernst & Young LLP ("Defendant")
2  (collectively, the "Parties") through their attorneys of record, hereby agree and stipulate
3  as follows:
4     WHEREAS, the Court entered Judgment in favor of Defendant on December 17,
5  2012;
6     WHEREAS, Defendant filed a Bill of Costs on December 28, 2012;
7     WHEREAS, Plaintiff filed a Notice of Appeal on December 4, 2012 (the
8  "Appeal");
9     WHEREAS, the Parties have reached an agreement resolving the matters raised
10 in, and contemplating the withdrawal of, the Bill of Costs, and the Appeal;
11    WHEREAS, Defendant therefore wishes to withdraw the Bill of Costs with
12 prejudice, contingent on Plaintiff dismissing his Appeal with prejudice within fourteen
13 (14) calendar days of the Court's entry of its Order hereon.
14    THEREFORE, the parties STIPULATE AND AGREE:
15    (1)   Defendant's Bill of Costs shall be withdrawn with prejudice and such costs
16 shall not hereafter be asserted to be costs for which Defendants may recover, subject to
17 Defendant having the right to revive the Bill of Costs if Plaintiff does not dismiss his
18 Appeal with prejudice within fourteen (14) calendar days of the Court's entry of its
19 Order hereon;
20    (2)   Plaintiff will dismiss his Appeal with prejudice within fourteen (14)
21 calendar days of the Court's entry of its Order hereon;
22 ///
23 ///
24 ///
25 ///
26
27
28

1    (3)    Any revival of the Bill of Costs by Defendant in the event Plaintiff does not

2  timely dismiss the Appeal shall be made by notice to Plaintiff and the Court within

3  fourteen (14) calendar days after Plaintiff's deadline to dismiss the Appeal.

4    (4)    The Parties acknowledge and agree that the amounts reflected on the Bill of

5  Costs were not approved by the Clerk of the Court or by the Court which had discretion

6  over whether to award the Defendants any amount of costs and, if any amount would be

7  awarded, the amount to be awarded.  The Parties agree that until such an order is

8  entered, the amounts included in the Bill of Costs do not represent a debt from Plaintiff

9  to Defendants.

10

11    **IT IS SO STIPULATED.**

12

13  Dated:  January 10, 2013                AKIN GUMP STRAUSS HAUER &
                                            FELD LLP
14

15                                          By_____
                                                Gregory W. Knopp
16                                          Attorneys for Defendant Ernst & Young
                                            LLP
17

18  Dated:  January 10, 2013                FOLKENFLIK & MCGERITY

19

20                                          By_____
                                                Max Folkenflik
21                                          Attorneys for Plaintiff David Ho

22

23

24

25

26

27

28

2

1 | **AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
2 | CHRISTOPHER K. PETERSEN (SBN 260631)
gknopp@akingump.com
3 | cpetersen@akingump.com
2029 Century Park East, Suite 2400
4 | Los Angeles, CA  90067
Telephone:  (310) 229-1000
5 | Facsimile:    (310) 229-1001

6 | Attorneys for Defendant,
Ernst & Young LLP
7 |

8 | **FOLKENFLIK & MCGERITY**
MAX FOLKENFLIK
9 | max@fmlaw.net
1500 Broadway, 21st Floor
10 | New York, NY 10036
Telephone: (212) 757-0400
11 | Facsimile: (212) 757-2010

12 | **DUCKWORTH PETERS LEBOWITZ OLIVER LLP**
MONIQUE OLIVER (SBN 190385)
13 | monique@dplolaw.com
100 Bush Street, Suite 1800
14 | San Franscico, CA 94104
Telephone: (415) 433-0333
15 | Facsimile: (415) 449-6556

16 | Attorneys for Plaintiff
David Ho

17 |                    UNITED STATES DISTRICT COURT

18 |                  NORTHERN DISTRICT OF CALIFORNIA

19 |

20 |

21 | DAVID HO, on behalf of himself and      Case No.  CV05-4867 RMW (HRL)
all others similarly situated and on
22 | behalf of the general public, and        [PROPOSED] ORDER RE:
DOES # 1-20,                             WITHDRAWAL OF DEFENDANT'S
23 |                   Plaintiffs,          BILL OF COSTS

24 |       v.

25 | ERNST & YOUNG LLP,

26 |                   Defendant.

27 |

28 |

---

[PROPOSED] ORDER RE: WITHDRAWAL OF DEFENDANT'S BILL OF COSTS

1    The Court having read and considered the Parties Joint Stipulation re: Withdrawal
2  of Defendant's Motion for Attorney's Fees and Bill of Costs, and good cause appearing,
3  THEREFORE:

4    IT IS HEREBY ORDERED:

5    (1)    Defendant's Bill of Costs shall be withdrawn with prejudice, subject to
6  Defendant having the right to revive the Bill of Costs if Plaintiff does not dismiss his
7  Appeal with prejudice within five (5) days of the Court's entry of its Order hereon;

8    (2)    Any revival of the Bill of Costs by Defendant in the event Plaintiff does not
9  timely dismiss the Appeal shall be made by notice to Plaintiff and the Court within five
10  (5) days after Plaintiff's deadline to dismiss the Appeal.

11

12    **IT IS SO ORDERED.**

13  Dated:    FEB 15TH

14  _____    _____
15                              Ronald M. Whyte
                                United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER RE: WITHDRAWAL OF DEFENDANT'S BILL OF COSTS